| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

HERBERT WIGGINS, §
　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 9:25-CV-234
　　　　　　　　　　　　§
ERIC GUERRERO, *et al.*, §
　　　　　　　　　　　　§
　　　　Defendant. §

**MEMORANDUM OPINION AND ORDER**

　　Plaintiff has filed a response to the magistrate judge's order to submit a proper application to proceed *in forma pauperis* (#5). Plaintiff requests the court waive the requirement to submit a statement of his inmate trust account because it is difficult for him to go to the law library, and the law library will not send him a copy of his statement through the mail. Liberally construed, plaintiff's motion is interpreted as a motion to reconsider the magistrate judge's order to submit the filing fee or a proper application to proceed *in forma pauperis* (#3).

<u>Analysis</u>

　　The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. In accordance with 28 U.S.C. § 636(b)(1)(A), a judge of the court may reconsider any pretrial matter referred to a magistrate judge under subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

　　After reviewing plaintiff's application to proceed *in forma pauperis* (#2), the magistrate judge determined the application is deficient because it does not include a statement certified by an authorized prison official showing the average balance in, and deposits into, plaintiff's inmate trust account for the preceding six months. Accordingly, the magistrate judge ordered plaintiff to either pay the $405.00 filing fee or submit an application to proceed *in forma pauperis* and a statement certified by an authorized prison official showing the average balance in, and deposits

into, plaintiff's inmate trust account for the preceding six months. The order complies with the requirements set forth in 28 U.S.C. § 1915(a)(2).

After careful consideration, the court is of the opinion that plaintiff's objections to the magistrate judge's order to either pay the $405.00 filing fee or submit a proper application to proceed *in forma pauperis* lack merit and should be overruled. The court finds the order of the magistrate judge neither clearly erroneous nor contrary to law. Therefore, the motion for reconsideration should be denied.

## ORDER

For the reasons set forth above, plaintiff's motion is without merit and should be denied. It is

**ORDERED** that plaintiff's motion to reconsider the magistrate judge's order to submit the filing fee or a proper application to proceed *in forma pauperis* (#3) is **DENIED.** It is

**ORDERED** that plaintiff shall, within twenty (20) days from the date set forth below, submit either the $405.00 filing fee or an application to proceed *in forma pauperis* and a statement certified by an authorized prison official showing the average balance in, and deposits into, plaintiff's inmate trust account for the preceding six months. Failure to comply with this order may result in this case being dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**Signed this date**
Oct 7, 2025

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE